| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0207 1:19CR00302 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:23-cr-00058-LEW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District Of New York | BROOKLYN |
| Travis Kimball | NAME OF SENTENCING JUDGE | |
| | Nicholas G. Garaufis, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/27/2022 — TO 6/26/2024 |

**OFFENSE**

**Count 1**:
Illegal Interstate Transfer of Firearms
18 U.S.C. § 922(a)(1)(D)
Not more than 5 years imprisonment/$250,000 fine
(Class D Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     EASTERN     DISTRICT OF     NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District Of Maine upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/6/23
*Date*

s/Nicholas G. Garaufis
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF     MAINE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 15, 2023
*Effective Date*

/s/Lance E. Walker
*United States District Judge*

Prob 22 18